

# THE ATTORNEY GENERAL

## OF TEXAS

AUSTIN 11, TEXAS

*overruled by M-141 to extent of any conflict*

WILL WILSON
ATTORNEY GENERAL

March 19, 1958

Hon. Robert S. Calvert     OPINION NO. WW 390
Comptroller of Public Accounts
Capitol Station     Re: If an applicant (an author-
Austin, Texas             ized licensed dealer) for
                             initial registration of a
                             motor vehicle in his or its
                             own name truthfully affirms
                             on oath that he purchased
                             the vehicle "for the exclus-
                             ive purpose of resale and
                             not for use other than to
                             demonstrate same to prospec-
                             tive purchasers thereof in
                             an effort to effect the re-
                             sale thereof," would either
                             of the taxes imposed by Sec.
                             1(a) and Sec. 2(a) of Article
Dear Mr. Calvert:          7047k, VACS, be due?

      You request the opinion of this office on the follow-
ing question:

      "If an applicant (an authorized licensed dealer)
      for initial registration of a motor vehicle in his
      or its own name truthfully affirms on oath that he
      purchased the vehicle 'for the exclusive purpose
      of resale and not for use other than to demonstrate
      same to prospective purchasers thereof in an effort
      to effect the resale thereof,' would either of the
      taxes imposed by Sec. 1 (a) and Sec. 2(a) of Article
      7047k, VACS, be due?"

      In order to make your question specifically applicable
to the facts upon which you request the opinion we have in-
serted in parenthesis after the word applicant "an authorized
licensed dealer".

      Under the facts submitted by you, we hold that neither
the sales tax nor use tax imposed by Sections 1 and 2 re-
spectively of Article 7047k, Vernon's Civil Statutes, would
be due on the demonstration cars of authorized licensed
dealers until such cars are sold. Whether a sales or use
tax would then accrue would depend upon the facts.

We do not pass upon the right, method and form of registration of such cars, by such authorized licensed dealers, as this question is not before us.

### S U M M A R Y

Demonstration cars of authorized licensed motor vehicle dealers are not subject to either the sales tax or use tax imposed by Sections 1 and 2 respectively of Article 7047k, V.C.S. until such cars are sold.

We do not pass upon the right, method and form of registration of such cars, by such authorized licensed dealers, as this question is not before us.

Yours very truly

WILL WILSON
Attorney General of Texas

By L. P. Lollar
Assistant Attorney General

LPL/fb

APPROVED:

OPINION COMMITTEE

George P. Blackburn, Chairman

Houghton Brownlee, Jr.

Cecil C. Rotsch

F. C. (Jack) Goodman

REVIEWED FOR THE ATTORNEY GENERAL

By: W. V. GEPPERT